| UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:18-cv-00847-WO-JLW |
|---|---|
| Name of Plaintiff(s):<br>Samantha Lorenzen<br><br>VERSUS<br><br>Name of Defendant(s):<br>Volvo Group North America, LLC | REPORT<br><br>OF<br><br>MEDIATOR |
| Mediator Name: Kenneth P. Carlson, Jr. | *(For Placement on the CM/ECF Docket)* |
| Telephone No: 336-721-6843 | ___ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |
| E-Mail Address: kcarlson@constangy.com | |

*FILED JUN 26 2019, Clerk U.S. District Court, Greensboro, NC*

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:
   - ✓ was held on <u>May 28, 2019 and continued through June 17, 2019.</u>
   - ___ was NOT held because _____

2. **Attendance**
   - ✓ No objection was made on the grounds that any required attendee was absent.
   - ___ Objection was made by _____

3. **Outcome**
   - ✓ Complete settlement of the case
   - ___ Conditional settlement or other disposition
   - ___ Partial settlement of the case
   - ___ Recess (*i.e.*, mediation to be resumed at a later date)
   - ___ Impasse
   - ___ Additional Information: _____

4. **Settlement Filings.**
   a) The document(s) to be filed to effect the settlement are: <u>Stip. of Dismissal with Prejudice</u>
   b) The person responsible for filing the document(s) is: <u>Angela Newell Gray, Esq. Plaintiff's Counsel</u>
   c) The agreed deadline for filing the document(s) is: <u>TBD</u>

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

**I have submitted this completed report within ten (10) days after conclusion of the conference.**

_Ken P. Carlson/ymor_        6/18/2019

Mediator Signature        Date

5875041v.1